# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Kabul River Construction & Logistics Co. ) | ASBCA No. 61644 |
| ) | |
| Under Contract No. W5K9UR-11-P-4006 ) | |

APPEARANCE FOR THE APPELLANT:    KRCC Administration

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    Evan C. Williams, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

After receiving a notice of appeal from Kabul River Construction & Logistics Co., sent from krcc.company@gmail.com, and signed "KRCC Administration," the Board docketed the appeal on June 12, 2018. By Order dated June 14, 2018, the Board directed appellant to show that its representative meets the requirements of Board Rule 15(a) within 14 days of the date of the Order. No response was received by the Board.

By Order dated July 11, 2018, the Board again directed appellant to show that it is represented by a person meeting the criteria of Board Rule 15(a). The July 11, 2018 Order stated that if appellant did not comply with the Order by July 30, 2018, the Board may dismiss the appeal without further notice to the parties. The Board has received no response from appellant.

Without a representative meeting the requirements of Board Rule 15(a), the Board is unable to proceed. The appeal is dismissed.

Dated: August 17, 2018

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_Craig Clarke_                              _Christopher M. McNulty_
CRAIG S. CLARKE                             CHRISTOPHER M. MCNULTY
Administrative Judge                        Administrative Judge
Acting Vice Chairman                        Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61644, Appeal of Kabul River Construction & Logistics Co., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals